UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| Larry Kraft, et al., | ) |
| Plaintiff, | ) Civil Action No. 6: 03-195-KKC |
| v. | ) |
| Conder's Service Center, Inc., | ) |
| Defendant | ) |

**CERTIFICATE OF DESTRUCTION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This is to certify that the exhibits marked on the Exhibit/Witness List filed at Docket Entry No. 83 were admitted during the Jury Trial in the above-styled action on behalf of the Plaintiffs and the defendants. Counsel have been notified in writing of eligibility to withdraw exhibits. No claims having been made for the return of said exhibits, they are now eligible for destruction.

This the 18th day of March, 2025.

ROBERT R. CARR, CLERK

By: s/K. Allen
Deputy Clerk

Exhibits Destroyed: 03/18/2025